UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES DALE RAMEY,

       Plaintiff,                      Case No. 1:08-cv-513

v.                                         Hon. Janet T. Neff

WILLIE SMITH, et al.,

       Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed June 9, 2009, is approved and adopted as the opinion of the court.

**IT IS FURTHER ORDERED** that plaintiff's Motion for Dismissal of Case (Dkt. #23) is **GRANTED** for the reason stated in them Report and Recommendation.

**IT IS FURTHER ORDERED** that this case is dismissed with prejudice.


DATED:  June 30, 2009                                 /s/Janet T. Neff
                                                          Janet T. Neff
                                                         United States District Judge